UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Outerbridge
Plaintiff - Pro Se

*(In the space above enter the full name(s) of the plaintiff(s).)*

**16 CV 3883**

-against-

The City of New York,
et. al. (via) The N.Y.P.D.
Midtown South 14 pct.,
And The N.Y.P.D. 32 pct.

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
2016 MAY 24 PM 3:58
SDNY PRO SE OFFICE
S.D. OF N.Y.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name        Michael Outerbridge
             ID #        2015NY032329  Claim #
             Current Institution  Released
             Address     125 White St.,
                         New York, N.Y. 10013.

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  P.O. Sonjour                      Shield # 2
                  Where Currently Employed  N.Y.P.D. 14 pct.
                  Address  356 W. 35th St.,
                           New York, N.Y. 10036.

Rev. 05/2010                                   1

Defendant No. 2    Name _P.O. Mitchell_    Shield # _?_
Where Currently Employed _N.Y.P.D._
Address _356 W. 35th St., 14 Pct., New York, N.Y. 10036._

Defendant No. 3    Name _Unknown P.O._    Shield # _?_
Where Currently Employed _356 W. 35th St., N.Y.P.D._
Address _356 W. 35th St., 14 Pct., New York, N.Y. 10036._

Defendant No. 4    Name _P.O. Sgt. Rodriguez_    Shield # _?_
Where Currently Employed _N.Y.P.D., 32 Pct._
Address _located at 135th St., New York, N.Y. 10027._

Defendant No. 5    Name _P.O. David Fernandez_    Shield # _4505_
Where Currently Employed _N.Y.P.D., 32 Pct._
Address _located at W. 135th St., New York, N.Y. 10027._

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
_At the 14 Pct., Midtown South N.Y., N.Y. and the 32 Pct. located at W. 135th St. N.Y._

B.   Where in the institution did the events giving rise to your claim(s) occur?
_Inside the holding cell areas at both precinct(s)._

C.   What date and approximate time did the events giving rise to your claim(s) occur?
_At the 14th Pct., at 8:20pm. At the 32 Pct., at 17:32pm._

D. Facts:

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

On April 14, 2015, at approximtly 8:30pm, by officer(s) of the Midtown South PCT. #14 for an open container of beer. I showed them a warrant printout showing I had no warrant(s). Once I were arrested and taken to the 14 Pct., I requested my allowed phone call. The arresting officer then falsely accused me of having a warrant for a previously open container. At this time, I ask to speak to a Sgt. or Supervisor. No results to my request prevailed. After I was denied my phone call, and I refused my fingerprint(s), I was then handcuff and shackled by one of the officer(s) and pushed back in the cell at the Pct. About 5-10 minutes, after a different P.O. Shield unknown open the cell door and demands that I stand up. As I were trying to stand, the unknown officer attacked and assaulted me by snatching the shackled cuffed chains slamming my back, neck and head onto the concrete floor, putting his right foot into my chest. Then standing me up and pushing my face into the bars and lifting my arms while in handcuff from behind.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The Plaintiff was transported by the N.Y.F.D. Ambulance to Bellevue Medical Center where Doctor(s) were told by the officer(s), "There is nothing wrong with him take him over to mental evaluation." I told the Doctors I had been assaulted by an officer at the MTS Precinct, and the officer(s) present, witnessed officer(s) Sojour, and officer Mitchell did not intervene.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __MTS. Precinct W.35 St. N.Y. N.Y. 10036; And The 32 PCT. At 135 St. N.Y., N.Y. 10028.__

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____  No ____  Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ✓  No ____  Do Not Know ____

   If YES, which claim(s)? __Civil Rights And Human Rights__

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓  No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ✓  No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? __CCRB; IAB.__

   1. Which claim(s) in this complaint did you grieve? __Police Brutality Physical Assault. Unlawful Arrest__

   2. What was the result, if any? __Continuation; IC.__

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __Not Applicable.__

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: ____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Contacted The I.A.B. And the C.C.R.B. The I.A.B. Reffered this case to the C.C.R.B. The C.C.R.B. schelued AN interview with me AN I reported this incident to investigator Mr. Benjamin Wertzel, Who then proceeded to interview Me.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I The Plaintiff does state A claim upon where relief may be granted on the grounds of Police Brutality, Assault, False Arrest, And violating the Plaintiff(s) civil and constitutional rights as human rights. The Officer(s) named in this complaint, And the City of New York, Acting under the color of law, intentionally violated the law And Plaintiff(s) U.S.C.A.(s) 4TH, 5TH, 6TH, 8TH, 13TH, And 14TH Amendments under federal protected Laws. The Officer(s) here discriminated, intimidated, threatoned, And assaulted the plaintiff, to which are a total Abuse of Authority. Relief Also should be granted to the plaintiff in the sense of those officer(s) must be held accounted and responsible for their action(s) that are criminal. Plaintiff is asking for $2,000,000.00 in damages for pain and suffering.

VI. Previous lawsuits:

<table>
<tr><td rowspan="2">On these claims</td><td>A.</td><td>Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?<br>Yes ✓    No ✗</td></tr>
</table>

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Michael Outerbridge_

Defendants _The City of New York_

2. Court (if federal court, name the district; if state court, name the county) _SDNY_

3. Docket or Index number _14-CV-2062; 13-CV-5459._

4. Name of Judge assigned to your case _AJ. (DCF),_

5. Approximate date of filing lawsuit _8-9-13._

6. Is the case still pending? Yes ____ No _✓_
   If NO, give the approximate date of disposition _Feb. 03, 2015._

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _dismissed under Fed. R. Civ. P. 56._

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No _✓_

[On other claims]

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of MAY, 2016

Signature of Plaintiff: *Michael Outerbridge*
Inmate Number: 2015PL016620 (Released)
Institution Address: 125 White St., New York, N.Y. 10031.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of MAY, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Michael Outerbridge*

Rev. 05/2010

7